UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.
                                          Case Nos.:3:98cr68/LC/CJK
                                                       3:16cv202/LC/CJK

GREGORY VAUGHN ROBINSON,
    Reg. No. 05002-017
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 18, 2016 (doc. 93). Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The motion to vacate, set aside, or correct sentence (ECF No. 91) is

summarily **DENIED and DISMISSED**.

2. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 5th day of June, 2016.

                        *s/L.A. Collier*
                        **LACEY A. COLLIER**
                        **SENIOR UNITED STATES DISTRICT JUDGE**